**Order filed October 21, 2021**



In The

# Eleventh Court of Appeals

_____

## Nos. 11-21-00145-CR & 11-21-00200-CR

_____

## DANIEL RAY GARCIA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 106th District Court**
**Gaines County, Texas**
**Trial Court Cause Nos. 19-5086 & 16-4669**

## O R D E R

Before the court in each appeal is a pro se motion requesting court transcripts to be provided to Appellant, Daniel Ray Garcia, who represents himself in these direct appeals. *See* TEX. R. APP. P. 20.2. Appellant requests a copy of the appellate record in each cause. The trial court has determined that Appellant is indigent; he is therefore entitled to a free record on appeal. *Id.* The trial court has also determined that Appellant has knowingly and intelligently waived his right to a

court-appointed attorney and has instead chosen to exercise his right to represent himself.

The clerk's record has been filed in this court in Cause No. 11-21-00200-CR, and the clerk's record in Cause No. 11-21-00145-CR is due to be filed on November 19, 2021. The reporter's records have not yet been filed in this court but are due to be filed soon. Because Appellant is indigent and represents himself in these direct appeals, he must be provided with a copy of the record in each cause. *See id.*; *see also Ex parte Trainer*, 181 S.W.3d 358 (Tex. Crim. App. 2005).

Accordingly, we grant Appellant's motion in each appeal to the extent that he requests that a copy of the appellate records be provided to him. We direct the district judge of the 106th District Court of Gaines County to ensure that the district clerk and the court reporter provide a complete copy of the appellate records to Appellant, whose current address is Daniel Ray Garcia, TDCJ #02354476, Robertson Unit, 12071 FM 3522, Abilene, TX, 79601. We note that Appellant is incarcerated and is therefore likely prohibited from receiving an electronic copy of the appellate records.

The district clerk and the court reporter are requested to notify this court when they send the records to Appellant.

PER CURIAM

October 21, 2021

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

2